MACSHER REALTY CORP., Appellant, *v.* BERNARD KNOBLER, Respondent.*

Supreme Court, Appellate Term, First Department, January 4, 1945.

* See, also, *Miltonian Realty Corp.* v. *Markowitz,* 184 Misc. 339.— [REP.

*Samuel Pecker* and *Joseph Goldfine* for appellant.

*Max Greenblatt* for respondent.

*Per Curiam.* The right of the landlord to receive from the tenant, holding over the term, the full rent, without any concession, as provided for in the lease, was unaffected by the Office of Price Administration's rent regulations. (Rent Regulation for Housing in the New York City Defense-Rental Area, 8 Fed. Reg. 13914 *et seq.*)

The final order should be reversed, with $20 costs, and final order directed for the landlord, with costs.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Order reversed, etc.